AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

| | |
|---|---|
| Adobe Systems Incorporated | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 18-CV-06063-LHK |
| Bernard Nwubah | ) |
| *Defendant* | ) |

FILED
2020 NOV 20 P 1:59
20-03169 MICHEL
SECT. H MAG. 3

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 06/23/2020.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 11/12/2020

CLERK OF COURT
SUSAN Y. SOONG

_____
*Signature of Clerk or Deputy Clerk*

47.00 LAE064839

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br>Plaintiff,<br>v.<br>BERNARD NWUBAH,<br>Defendant. | Case No. 18-CV-06063-LHK<br>**JUDGMENT** |

On June 23, 2020, the Court granted the motion for default judgment against Defendant Bernard Nwubah ("Defendant") filed by Plaintiff Adobe Systems Incorporated ("Plaintiff"). ECF No. 52. Accordingly, the Court enters judgment in favor of Plaintiff and against Defendant in the amount of $214,845.31. The Court also issues a permanent injunction against Defendant as follows:

(1) enjoining and permanently restraining Defendant from copying, importing, advertising, offering for sale, selling and/or distributing, whether directly or indirectly, counterfeit ADOBE®, A ADOBE®, A®, and ACROBAT®-branded related computer software, including any software bearing Plaintiff's marks that are confusingly similar to the trademarks, trade names, designs or logos of Plaintiff;

1
Case No. 18-CV-06063-LHK
JUDGMENT

 (2) enjoining and permanently restraining Defendant from using Plaintiff's registered ADOBE®, A ADOBE®, A®, and ACROBAT® trademarks in commerce or any copy, reproduction, or colorable imitation, or confusingly similar simulation of Plaintiff's trademarks on or in connection with the promotion, advertising, distribution, manufacture or sale of any computer software;

 (3) ordering Defendant to cancel, withdraw and recall all his promotions, advertisements and merchandise bearing Plaintiff's registered trademarks or any confusingly similar simulation to Plaintiff's registered trademarks, which have been published, placed or shipped by Defendant or under Defendant's authority, to any person, entity, or customer, including, without limitation, any publisher, agency, wholesaler, distributor, retailer, consignor or marketer, and also deliver to each publisher or customer a copy of this Court's order as it relates to said injunctive relief against Defendant; and

 (4) ordering Defendant to deliver to Plaintiff for destruction all ADOBE computer software, including but not limited to the Adobe Acrobat X Pro© and Adobe Acrobat XI Pro© software, in his possession or under his control to the extent that any of these items are in Defendant's possession and not lawfully licensed by Defendant from Plaintiff.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 23, 2020

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 18-CV-06063-LHK
JUDGMENT

2

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham, LLP, 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On November 16, 2020, I served the within document(s):

CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT; JUDGMENT

- ☐ **FACSIMILE** - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.
- ☒ **MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.
- ☐ **PERSONAL SERVICE** - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
- ☐ **OVERNIGHT COURIER** - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.
- ☐ **ELECTRONIC DELIVERY** - by causing such document(s) to be transmitted by electronic mail transmission to the appropriate electronic mail address(es) set forth below.

Bernard Nwubah
909 Gravier Street, #2703
New Orleans Louisiana 70119

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on November 16, 2020, at Woodland Hills, California.

/s/ Catherine Brannan
CATHERINE BRANNAN

PROOF OF SERVICE